IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-281-D

| | |
|---|---|
| WELLS FARGO BANK, N.A., as successor-by-merger to Wachovia Bank, National Association, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R. MITCHELL BRYDGE, )<br>ALETA LYNN BRYDGE, )<br>ROBIN L. STRICKLAND, )<br>GRANTHAM CROSSING, LLC, )<br>and RAM OF EASTERN NORTH )<br>CAROLINA, LLC, )<br>)<br>Defendants. ) | **ORDER** |

On February 22, 2013, defendant RAM of Eastern North Carolina, LLC, filed a notice of removal of this civil action to the United States Bankruptcy Court for the Eastern District of North Carolina [D.E. 13]. The notice states that on February 21, 2013, defendant RAM of Eastern North Carolina, LLC, filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Eastern District of North Carolina.

Pursuant to 11 U.S.C. § 362, the action between plaintiff and defendants in this court is STAYED. A party may seek to have the stay lifted by filing a motion with this court.

SO ORDERED. This 6 day of June 2013.

JAMES C. DEVER III
Chief United States District Judge